PAULETTE PITT, ESQ.
97 MAIN STREET
SUITE 206
WOODBRIDGE, NEW JERSEY 07095
TELEPHONE: 908-421-0276
EMAIL: attorneypitt@gmail.com

August 8, 2012

Honorable Dennis M. Cavanaugh, U.S.D.J.
Frank Lautenberg U.S. Courthouse
 and Post Office
Federal Square
Newark, New Jersey 07101

**Re: United States v. Zakee Cooper**
    **Criminal Number 12CR445(DMC)**

Dear Judge Cavanaugh:

   The undersigned represents the defendant, Zakee Cooper, in the above matter.  Pursuant to Your Honor's Order, the defendant's pretrial motions were due on August 6, 2012.  Additional research was undertaken to address two potential issues which became apparent after the review of discovery materials provided to the defense on August 6, 2012.

   Accordingly, counsel is seeking an extension of three days within which to finish researching and drafting the two points for the pretrial motions.

   Please note that I have conferred with James Donnelly, Esq., Special Assistant United States Attorney handling this matter. He has consented to this request.

   If the above meets with the Court's approval, please enter an order authorizing this request.

   Thank you for your attention in this matter.

                                      Respectfully Submitted,

                                      /s/ Paulette Pitt
                                      Paulette Pitt

c.c.: James Donnelly, Esq., Special Assistant United States
      States Attorney

8/9/12

SO ORDERED: _____
             DENNIS M. CAVANAUGH, U.S.D.J.